OPINION — AG — THE STATE DEPARTMENT OF MINES HAS AUTHORITY TO ENACT RULES AND REGULATIONS CONSISTENT WITH 43 CRF 4.1290-4.1296 IN AN EFFORT TO IMPLEMENT 45 O.S. 1979 Supp., 786 [45-786](E) SUBJECT TO THE CONCLUSION HEREIN THAT THE SECTION DOES NOT AUTHORIZE THE ASSESSMENT OF COSTS AND EXPENSES AGAINST THE DEPARTMENT. (OKLAHOMA COAL RECLAMATION ACT, REGULATORY AUTHORITY) CITE: 45 O.S. 1979 Supp., 786 [45-786](E) (BRENT S. HAYNIE)